UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
JERRY DIMOS,
                              Plaintiff,

                        24 Civ. 9990 (LGS)

          -against-

                        ORDER

ONE PAPER LANE, INC., et al,
                            Defendants.

------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

WHEREAS, a telephonic conference was held on February 20, 2025. For the reasons discussed at the conference, it is hereby

**ORDERED** that by **March 11, 2025**, Defendants shall file a letter, not to exceed four pages, stating their arguments to dismiss the Complaint and to oppose Plaintiff's request for expedited discovery. By **March 21, 2025**, Plaintiff shall file a response, not to exceed four pages. The submissions shall otherwise comply with Individual Rule III.A.1.

Dated: February 20, 2025
       New York, New York

                                                 LORNA G. SCHOFIELD
                                               UNITED STATES DISTRICT JUDGE