**ORIN KURTZ**
Employment Counsel

228 Park Avenue South
PMB 890022
New York, NY 10003
917 627 2840
www.orinkurtz.com
orin@orinkurtz.com

May 1, 2025

Via ECF
Hon. Lorna G. Schofield
United States District Judge
Thurgood Marshall United States Courthouse
40 Foley Square, Courtroom 1106
New York, NY 10007

      Re: *Dimos v. One Paper Lane, Inc., et al*
          No. 1:24-cv-99909-LGS

Dear Judge Schofield:

    I represent plaintiffs Jerry Dimos and Sea Almond LLC ("Plaintiffs") in this matter. Pursuant to the Court's order of earlier today, I enclose a copy of Plaintiffs' amended complaint as Exhibit A, with a redlined version showing changes from the initial complaint as Exhibit B. The amended complaint has also been filed as a separate docket entry.

    On behalf of the Plaintiffs, I thank Your Honor for your attention to this matter.

                          Respectfully,

                          *Orin Kurtz*

                          Orin Kurtz

Cc: All counsel (via ECF)

The motions to dismiss at Dkt. Nos. 41 and 42 are **DISMISSED** as moot in light of the filing of the Amended Complaint. By **May 16, 2025**, Defendants may file any renewed motion to dismiss and may incorporate the previously filed memorandum of law if needed, or state that they no longer intend to file a motion to dismiss the Amended Complaint at this time. If Defendants file a renewed motion to dismiss, Plaintiff shall file any opposition by **May 30, 2025**, and Defendants shall file their reply by **June 6, 2025**. No pre-motion letter or conference is necessary. So Ordered.

Dated: May 5, 2025
      New York, New York

                                            LORNA G. SCHOFIELD
                                        UNITED STATES DISTRICT JUDGE