UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                          :
   JERRY DIMOS,                                           :
                                  Plaintiff,              :
                                                          :        24 Civ. 9990 (LGS)
                       -against-                          :
                                                          :        ORDER
   ONE PAPER LANE, INC. et al.,                           :
                                  Defendants.  :
                                                          :
------------------------------------------------------------:
                                                          X

LORNA G. SCHOFIELD, District Judge:

        WHEREAS, the Order dated June May 14, 2025, required the parties to file a status letter

on July 13, 2025, as outlined in Individual Rule III.D.3;

        WHEREAS, the parties failed to submit the letter.  It is hereby

        **ORDERED** that, by **July 23, 2025**, the parties shall file the joint letter.

Dated: July 15, 2025
        New York, New York

                                                    _____
                                                       **LORNA G. SCHOFIELD**
                                                       **UNITED STATES DISTRICT JUDGE**